Present —

Nolan, P. J., Carswell, Johnston, Adel and Schmidt, JJ.

359 WEST 34TH STREET, INC., et al., Respondents, v. BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Appellants, and HELEN HOREMIOTES, Intervener, Appellant.—

The proof as set forth by the board of standards and appeals in its resolution and its return warranted the determination of the board. (*Matter of Douglaston Civic Assn.* v. *Board of Standards & Appeals of City of N. Y.*, 278 App. Div. 659; *Matter of Sima* v. *Board of Standards & Appeals of City of N. Y.*, 278 App. Div. 785; *Matter of Kelly* v. *Murdock*, 275 App. Div. 786.) Nolan, P. J., Carswell, Adel and Schmidt, JJ., concur; Wenzel, J., dissents and votes to affirm.

MAY P. WINGERATH, Doing Business as WINGERATH LUMBER Co., Respondent, v. STANLEY ZAWESKI, Appellant.—

No opinion. Carswell, Acting P. J., Johnston, Adel, MacCrate and Schmidt, JJ., concur.

(April 28, 1952.)

JOSEPH CARLINO et al., Practicing Law under the Name of CARLINO, QUINN & BOWERS, Respondents, v. GIOVANNA LAURO, Defendant, and ANTONINA LAURO et al., Appellants.—